**Alfred COOPER, et al., Appellant,**

v.

**VILLAGE OF BEL RIDGE,
et al. Respondents.**

**No. 68887.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 10, 1996.

Harvey I. Feldman, St. Louis, for Appellant.

Robert J. Krehbiel, Adrian P. Sulser, Evans & Dixon, St. Louis, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Alfred W. Cooper, d/b/a Al Cooper's Salon, and his wife Patricia A. Cooper appeal from a judgment in favor of The Village of Bel

Ridge following the grant of a motion for directed verdict at close of Coopers' case. Village's motion to dismiss appeal is denied.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value.